```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3039 |
| | ) | |
| V. | ) | |
| | ) | |
| THOMAS E. MILLER, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed three requests for pre-proceeding discovery of documents. See filings 19, 20, and 21. These requests are neither subpoenas, nor motions, but rather letter demands. As such they are subject to being stricken from the court's record without further comment.

However, I shall liberally construe the defendant's pro se filings 19, 20, and 21 and consider them to be motions for the issuance of subpoenas for pre-proceeding document production. The defendant has failed to comply with the requirements NECrimR 17.2 in filing these motions. This court has not entered any order authorizing subpoenas for production of documents. Moreover, I find no merit to defendant's claim that the documents requested must be produced for his trial preparation or for the filing of any potentially meritorious pre-trial motions.

IT THEREFORE HEREBY IS ORDERED: Filings 19, 20, and 21, considered motions for pre-proceeding subpoenas for production of documents, are denied.

DATED this 10th day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge