IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cr3039 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS E. MILLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 23 be stricken from the record for the following reason(s):

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number from the record.

DATED this 14th day of June, 2005.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge