```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3039 |
| v. | ) | |
| | ) | |
| THOMAS E. MILLER, | ) | |
| | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |
| | ) | |

A conference was held this date with the prosecutor, the defendant, and standby counsel. The government reported that it has provided the defendant with the last of the Rule 16 discovery materials, and the case is ready to proceed. Pursuant to the discussion,

IT IS ORDERED:

1. The defendant is given ninety (90) days in which to file motions in this case. The granting of this much time assumes that the defendant, if he is required to leave Nebraska for purposes of medical treatment for his wife, will be absent from Nebraska for no longer than two weeks in this 90-day period. It also assumes that the defendant will not prolong any absence from Nebraska beyond that necessary to obtain medical services for his wife or delay arranging for medical treatment outside Nebraska.

2. If any motion be filed, response shall be filed within ten business days following the filing of the motion.

3. Once the motions have been resolved, another conference with the parties will be scheduled to set a trial date.

DATED this 2nd day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge