```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CR3039 |
| v. | ) | |
| | ) | |
| THOMAS E. MILLER, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to extend time, filing 45, is granted and plaintiff is given to March 9, 2006 to file its brief in response to defendant's pretrial motions.

DATED this 2nd day of March, 2006.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge