IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:05CR3039 |
| Plaintiff, | ) | 4:05CR3091 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM, ORDER |
| THOMAS E. MILLER, | ) | AND |
| | ) | RECOMMENDATION |
| Defendant. | ) | |
| | ) | |

Defendant has filed several incomprehensible documents which generously have been categorized as motions. They are all pure, unadulterated, tax (or other) protester gibberish, and are totally frivolous.

IT THEREFORE HEREBY IS ORDERED:

To the extent that the filings are non-dispositive motions, each of them (Filings 26, 27, 28, 29, 30, 31, 32, and 33 in 4:05CR3091 and Filings 50, 51, 52, 53, 54, 55, 56, and 57 in 4:05CR3039) is denied.

FURTHER, IT HEREBY IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge: To the extent that the filings are dispositive motions, that each of them (Filings 26, 27, 28, 29, 30, 31, 32, and 33 in 4:05CR3091) and Filings 50, 51, 52, 53, 54, 55, 56, and 57 in 4:05CR3039) be denied in all respects.

The parties are notified that failure to object to the recommendation herein as prescribed in the local rules may be deemed a waiver of the right to appeal the district judge's adoption of the recommendation.

DATED: April 27, 2006

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge