IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:05CR3039 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| THOMAS E. MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on the plaintiff's Motion for Extension of Time to File Supplemental Witness List, filing 63,

The Court, being duly advised in the premises, finds that the Motion should be granted.  The plaintiff is given until November 20, 2006, in which to file its supplemental list of witnesses

Dated this 20th day of October, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge