IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )
                Plaintiff,         )
                                   )          4:05CR3039
          v.                       )
                                   )
THOMAS E. MILLER,                  )
                                   )          MEMORANDUM AND ORDER
                Defendant.         )
                                   )

        Counsel have entered appearances in this case on behalf of
the defendant.  A telephone conference was held on February 9,
2007 regarding the need for counsel to confer with defendant
regarding discovery and prepare for trial.  Counsel suggested
that the trial of this case be continued to May 7, 2007, the date
currently reserved for the trial of the other related case.  The
government did not oppose the suggestion.  As the court has
earlier exempted this case from the time limits of the Speedy
Trial Act, 18 U.S.C. 3161, *et seq*., because of its complexity,
the scheduling of trial must accommodate the needs of defendant
and his attorneys to adequately prepare for trial.

        In further discussion, counsel agreed that it is too early
to make definitive deadlines regarding various progression
milestones in the preparation of the case for trial.  Once
defendant's counsel have had an opportunity to become more
familiar with the case, further conferences can be convened for
those purposes.

        IT THEREFORE HEREBY IS ORDERED:

        1.  Trial of this matter is continued to May 7, 2007 and is
scheduled for  a duration of fifteen trial days.

    2.  At such time as defense counsel have had an opportunity to familiarize themselves with the discovery records in this case, counsel for both parties shall confer and propose to the court an appropriate schedule for bringing the case to trial or other resolution.

    DATED this 12th day of February, 2007.


                    BY THE COURT:

                    s/ *David L. Piester*
                    David L. Piester
                    United States Magistrate Judge