```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )           4:05CR3039
       v.                    )
                             )
THOMAS E. MILLER,            )
                             )             ORDER
            Defendant.       )
                             )

It has come to the court's attention that the Memorandum and Order dated March 15, 2007, filing number 73, has been filed in the wrong case.

IT THEREFORE HEREBY IS ORDERED,

1. The clerk is directed to strike filing number 73 from this docket sheet.

2. Trial in this case is reinstated to 9:00 a.m., May 7, 2007 for a duration of fifteen trial days before the Honorable Richard Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

3. The status conference set for June 21, 2007 at 11:00 is cancelled as to this case.

DATED this 21st day of March, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge