This PDF contains an audio attachment. Click the "attachments" tab in the lower left-hand corner to view and play this file.

4:05-cr-03039-RGK-DLP   Doc # 106   Filed: 11/30/07   Page 1 of 1 - Page ID # <pageID>