IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3039 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| THOMAS E. MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

Without explaining the purpose of the request, a non party has submitted a request for transcript regarding a hearing held before Magistrate Judge Piester on November 30, 2007. Because this is a pending criminal case and because sensitive mental health issues have been raised regarding the defendant,

IT IS ORDERED that the request for a transcript by a non party (filing 114) is denied without prejudice to submission again upon the conclusion of the case.

February 26, 2008.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge