This PDF contains an audio attachment. Click the "attachments" tab in the lower left-hand corner to view and play this file.