IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3039 and |
| | ) | 4:05CR3091 |
| V. | ) | |
| | ) | |
| THOMAS E. MILLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After consideration,

IT IS ORDERED that:

1       The motions to dismiss (filings 128 & 88) submitted by Mr. Miller acting pro are denied.

2.      Forensic evaluations have been filed under seal on December 22, 2008 (filings 127 & 87), and Judge Piester is requested to deal with those evaluations and enter such orders or reports and recommendations as are appropriate.

3.      The Clerk shall provide Judge Piester and counsel of record with a copy of this order.

DATED this 3rd day of February, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge