IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3039 & |
| | ) | 4:05CR3091 |
| v. | ) | |
| | ) | |
| THOMAS E. MILLER, | ) | MEMORANDUM |
| | ) | AND ORDER |
| Defendant. | ) | |

I am in receipt of Magistrate Judge Piester's memorandum, recommendation and order (4:05CR3039, filing 133; 4:05CR3091, filing 93). In general, I am in agreement with Judge Piester's thoughtful analysis. Therefore,

IT IS ORDERED that my judicial assistant shall arrange a telephone conference with counsel of record in both cases so that we can discuss further progression of this matter.

DATED this 11th day of March, 2009.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge